CHARLES R. KNOWLES, Respondent, *v.* THE AMERICAN INSURANCE COMPANY of Boston, Mass., Appellant.*

142 a 641
150  194

(Argued March 21, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Jacob L. Ten Eyck* for appellant.

*S. S. Hatt* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

FREDERICK L. DEGENER, Respondent, *v.* JOHN T. UNDERWOOD et al., Appellants.

(Argued March 21, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 15, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*James A. Hudson* for appellants.

*J. E. Ludden* for respondent.

Agree to affirm under section 3251 of the Code of Civil Procedure; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 66 Hun, 220.